(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Probation)                          Judgment

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

FILED
**February 20, 2018**
Clerk, U.S. District Court
Western District of Texas

By: _VMedina_
Deputy

UNITED STATES OF AMERICA

vs.

(1) Luis Abimael Posadas-Sosa
Defendant.

CASE NUMBER: EP:18-M-01004(1) LS

### JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, Luis Abimael Posadas-Sosa, was represented by counsel, Eduardo Solis.

The defendant pled guilty to the complaint on February 20, 2018. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | February 19, 2018 |

As pronounced on February 20, 2018, the defendant is sentenced to **1 year probation, non reporting and unsupervised**. The defendant is not permitted to commit another federal, state or local crime, nor is the defendant permitted to illegally enter or reenter the United States during the term of probation. If the defendant is lawfully in the United States during the term of probation, the probation is reporting probation and the defendant must report to the nearest U.S. Probation Office. These conditions are of probation which may not be violated. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. 3013 is hereby remitted pursuant to 18 U.S.C. 3573 because reasonable efforts to collect this assessment are not likely to be effective.

If is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed on this the 20th day of February, 2018.

LEON SCHYDLOWER
UNITED STATES MAGISTRATE JUDGE